UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Mack McCoy Lewis Jr.            Docket No. 5:04-CR-131-2D

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mack McCoy Lewis, Jr., who, upon an earlier plea of guilty to Conspiracy to Commit Bank Robbery, in violation of 18 U.S.C. § 371, and Armed Bank Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 2113(a)(d) and 2, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on December 6, 2005, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 4 years.

Mack McCoy Lewis, Jr., was released from custody on March 15, 2013, at which time the term of supervised release commenced. On March 19, 2013, a Violation Report was submitted advising that the defendant was charged in Johnston County, North Carolina, with Driving While License Revoked. Lewis admitted guilt to the probation officer, and the court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On September 15, 2015, the defendant tested positive for marijuana, which was confirmed through laboratory analysis on September 21, 2015. Although the defendant did not sign an admission of drug use form acknowledging his use of marijuana, he was verbally reprimanded for his conduct and counseled about his actions. Lewis was enrolled in the Surprise Urinalysis Program on October 9, 2015 to monitor future drug use. As a sanction for this violation, we are recommending that he serve two consecutive days in jail.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield            /s/ Taron N. Seburn
Dwayne K. Benfield            Taron N. Seburn
Supervising U.S. Probation Officer            U.S. Probation Officer
           201 South Evans Street, Rm 214
           Greenville, NC 27858-1137
           Phone: 252-830-2335
           Executed On: October 22, 2015

Mack McCoy Lewis Jr.
Docket No. 5:04-CR-131-2D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __22__ day of __October__, 2015 and ordered filed and made a part of the records in the above case.

_/s/ James C. Dever_
James C. Dever III
Chief U.S. District Judge